974

No. 81–5413.  ZUREK v. HASTEN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–5431.  IN RE CAMPBELL.  C. A. 7th Cir.  Certiorari denied.

No. 81–5434.  ALLARD v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 81–5449.  OLIVER v. PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 81–5474.  PAUL v. STAFFORD, U. S. DISTRICT JUDGE, NORTHERN DISTRICT OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 81–5475.  PRESLEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5487.  ORTON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–5502.  McCONNELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–5503.  GRAY v. BORDENKIRCHER, WARDEN, WEST VIRGINIA PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 81–5505.  PHILLIPPI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5510.  WILLIAMS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–5511.  BIERMAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 81–5512.  LEWIS v. PETROVSKY, WARDEN, UNITED STATES PENITENTIARY, LEWISBURG, PENNSYLVANIA. C. A. 3d Cir.  Certiorari denied.